NO. 07-01-00503-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

JANUARY 29, 2002

_____

GERALD MEYERDIRK

Appellant

v.

J&L CATTLE ASSOCIATES, LTD  d/b/a J. K. CATTLE COMPANY

Appellee

_____

FROM THE 47TH  DISTRICT COURT OF RANDALL COUNTY;

NO. 46,941-A; HON. DAVID L. GLEASON,  PRESIDING

_____

***ORDER ON APPELLANT'S MOTION TO WITHDRAW NOTICE OF APPEAL***

_____

Before BOYD, C.J., QUINN and REAVIS, JJ.

Gerald Meyerdirk appellant, has moved to withdraw his notice of appeal contending that he "no longer wishes to pursue this Appeal."  Without passing on the merits of the case, we grant the motion pursuant to Texas Rule of Appellate Procedure 42.1(a)(2) and dismiss the appeal.  Having dismissed the appeal at appellant's personal request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

Brian Quinn
Justice

Do not publish.